UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    DEREK DOBYNS  
    MELODY DOBYNS  
        Debtor(s)

Case No. 09-08977

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/17/2009.

2) The plan was confirmed on 05/15/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/19/2010.

5) The case was converted on 03/06/2010.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,900.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,200.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,200.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $834.79 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $64.21 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $899.00

Attorney fees paid and disclosed by debtor: $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED RADIOLOGY CONS | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 8,599.00 | 9,950.53 | 9,950.53 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 3,326.00 | 2,402.48 | 2,402.48 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 773.00 | 773.61 | 773.61 | 0.00 | 0.00 |
| BILL ME LATER | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,771.00 | 1,421.39 | 1,421.39 | 0.00 | 0.00 |
| CARDMEMBER SERVICES | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 3,886.95 | NA | NA | 0.00 | 0.00 |
| CHRYSTAL SETZKE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,699.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 5,840.00 | 5,840.50 | 5,840.50 | 0.00 | 0.00 |
| CRD PRT ASSOC | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 2,310.00 | 2,796.86 | 2,796.86 | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 428.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| DREYER MEDICAL CLINIC | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 630.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 574.00 | 613.37 | 613.37 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 3,019.00 | 3,019.75 | 3,019.75 | 0.00 | 0.00 |
| FEMALE HEALTHCARE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| FIRST FRANKLIN LOAN SRVS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 11,648.00 | 11,648.42 | 11,648.42 | 0.00 | 0.00 |
| GEMB | Unsecured | 8,770.00 | NA | NA | 0.00 | 0.00 |
| H&R ACCOUNTS | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| HOME LOAN SERVICES INC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Secured | 1,548.00 | 1,548.00 | 1,548.00 | 301.00 | 0.00 |
| KENDALL CARE | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 809.00 | NA | NA | 0.00 | 0.00 |
| MCS | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MEDICAL BUSINESS BUREAU | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,281.00 | 1,280.62 | 1,280.62 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,007.00 | 1,007.40 | 1,007.40 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,235.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 39.00 | 39.29 | 39.29 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 934.00 | NA | NA | 0.00 | 0.00 |
| PHYSIOTHERAPY ASSOC | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 1,158.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 799.00 | 812.20 | 812.20 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 600.00 | 556.43 | 556.43 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,799.00 | 1,799.63 | 1,799.63 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 875.00 | 875.38 | 875.38 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 561.00 | 601.70 | 601.70 | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MENORIAL HOSPITAL | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Unsecured | 1,511.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,031.00 | 1,031.25 | 1,031.25 | 0.00 | 0.00 |
| SST INC | Unsecured | 2,041.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY HOSPIT | Unsecured | 2,701.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD LABORATORY CONSULTA | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD PATHOLOGY CONSULTAN | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,548.00 | $301.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,548.00** | **$301.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$46,470.81** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $899.00 |
| Disbursements to Creditors | $301.00 |
| **TOTAL DISBURSEMENTS** : | **$1,200.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/17/2010          By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**